UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>                         Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO CHILD WELFARE SERVICES; CITY OF ESCONDIDO; ESCONDIDO POLICE DEPARTMENT; CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT; TAMARA ALVAREZ; ARLENE HERNANDEZ; RICHARD RIVERA; THERESE RUIZ; MICHAEL GIDDENS; and DOES 1 through 20, inclusive,<br><br>                        Defendants. | Case No.: 3:25-cv-01449-JES-VET<br><br>**ORDER *SUA SPONTE* REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO FOR LACK OF SUBJECT MATTER JURISDICTION** |

       On July 3, 2025, the Court ordered Defendants County of San Diego, San Diego Child Welfare Services, City of Escondido, Escondido Police Department, City of San Diego, San Diego Police Department, Tamara Alvarez, Arlene Hernandez, Richard Rivera, Therese Ruiz and Michael Giddens (collectively "Defendants") to show cause why this action should not be remanded to the Superior Court of California, County of San Diego, for lack of subject-matter jurisdiction. *See* ECF No. 9 ("OSC"). Defendants timely

responded on July 16, 2025. ECF No. 11 ("Resp."). In their response, Defendants do not oppose the Court remanding this matter due to lack of subject matter jurisdiction. *Id*. at 1. Accordingly, the Court *sua sponte* **REMANDS** this action to the Superior Court of California, County of San Diego, for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**.

Dated: July 17, 2025

Honorable James E. Simmons Jr.
United States District Judge